

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| GLENN MCNABB, | | No. 08-25-00146-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 34th District Court |
| | § | |
| QUIRINO SANTILLANO, INDIVIDUALLY AND RAMONA SANTILLANO, INDIVIDUALLY, | | of El Paso County, Texas |
| | § | |
| | | (TC# 2024-DCV-0796) |
| | § | |
| Appellees. | | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the joint motion to dismiss appeal, which the Court has construed as a motion to set aside the judgment of the trial court, and concludes the motion should be granted. We set aside the trial court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 12th day of August 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.